# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE THE CONTEMPT OF SALMA AGHA-KHAN, Plaintiff** | **1:17-MC-0022-LJO**<br><br>**ORDER SETTING STATUS CONFERENCE** |

The Court has received and reviewed Plaintiff's two ex parte motions. Docs. 29, 30. The Court will hold a status conference on the motions on May 16, 2017, at 10:00A.M. Plaintiff is ORDERED to appear personally at the status conference. If she fails to appear, the Court will strike both motions. The warrant for Plaintiff's arrest remains in effect.


IT IS SO ORDERED.

Dated:   **May 8, 2017**                           **/s/ Lawrence J. O'Neill**
                                         UNITED STATES CHIEF DISTRICT JUDGE