# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE THE CONTEMPT OF SALMA AGHA-KHAN, Plaintiff** | **1:17-MC-0022-LJO**<br><br>**ORDER SETTING STATUS (substantive) HEARING** |

The Court held a status conference on May 16, 2017. As discussed on the record in open court, the Court will hold a hearing on June 26, 2017, at 1:30P.M. At the hearing, the Court will address, and decide the following issues: (1) the initial Order to Show Cause re Criminal Contempt; (2) Plaintiff's repeated failures to appear; and (3) Plaintiff's ex parte motion to, among other things, disqualify the undersigned (Doc. 29). Plaintiff is ORDERED to appear <u>in person</u> at the hearing. Failure to do so will result in a <u>no bail</u> warrant.

As stated at the hearing, Plaintiff's ex parte motion to recall previously issued warrant (Doc. 30) is DENIED as moot.

IT IS SO ORDERED.

    Dated: __May 16, 2017__             __/s/ Lawrence J. O'Neill__
                                                       UNITED STATES CHIEF DISTRICT JUDGE