# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE THE CONTEMPT OF SALMA AGHA-KHAN, Plaintiff** | **1:17-MC-0022-LJO**<br><br>**ORDER RE PROSECUTORIAL POSITION** |

The United States Attorney's Office for the Eastern District of California shall inform the Court by June 19, 2017, whether it will prosecute the contempt referral in this matter.

IT IS SO ORDERED.

Dated: **May 22, 2017**         **/s/ Lawrence J. O'Neill**
                                 UNITED STATES CHIEF DISTRICT JUDGE