# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CONTEMPT OF SALMA AGHA-KHAN,<br><br>Plaintiff, | 1:17-MC-022-LJO<br><br>**ORDER REFERRING Matter of PROSECUTION TO U.S. ATTORNEY'S OFFICE** |

The Court requested under Federal Rule of Criminal Procedure 42 that the U.S. Attorney's Office for the Eastern District of California ("the USAO") make its independent evaluation concerning any potential prosecution of Plaintiff Salma Agha-Khan for contempt of this Court and its order due to her repeated failures to appear. Doc. 37. The USAO has informed the Court that it would prosecute Plaintiff for her failure to appear at a status conference on May 5, 2017, if that matter were referred by the Court. Doc. 39 at 3.

Accordingly, the Court REFERS Plaintiff's failure to appear at the May 5, 2017 status conference to the USAO for such an independent evaluation concerning prosecution.

IT IS SO ORDERED.

Dated: **June 20, 2017**            /s/ Lawrence J. O'Neill
                                     UNITED STATES CHIEF DISTRICT JUDGE