**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: | 1:17-MC-22-LJO |
| THE CONTEMPT OF SALMA AGHA-KHAN. | ORDER DENYING MOTION TO DISMISS |

The Court has received and reviewed the Motion to Dismiss filed in this matter by Salma Agha-Khan. In the context of a contempt proceeding, the appropriate remedy is a contested hearing. The motion in its present form is therefore DENIED.

As Dr. Agha-Khan is well aware, there remains an outstanding no bail warrant for her arrest for failure to appear. She is well advised to turn herself in and set the hearing.

IT IS SO ORDERED.

Dated:  **July 25, 2017**         /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE