IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CIVIL SANCTIONS PROCEEDING OF SALMA AGHA-KHAN | Case No.: 1:17-mc-00022 LJO<br><br>ORDER OF RELEASE |

On October 25, 2017, Salma Agha-Khan appeared pursuant to warrant issued on June 27, 2017 regarding the prior Order to Show Cause concerning civil sanctions and her continued failures to appear for the adjudication of the OSC. The contested hearing took place, at which time Dr. Agha-Khan admitted the violation of law. The sanction issue was adjudicated.

IT IS HEREBY ORDERED that Salma Agha-Khan be released forthwith. The Clerk of the Court is directed to close this action in its entirety.

IT IS SO ORDERED.

Dated: __October 25, 2017__        _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE